# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

**JOHN COOK**                                                    **PLAINTIFF**

v.                              **No. 3:14-cv-278-DPM**

**WELLS FARGO BANK, N.A. and DOES
1-10, Inclusive**                                    **DEFENDANTS**


## ORDER

I recuse.  Kevin Cole and I practiced law together for many years; and

Justin Parkey was my law clerk a few years ago.  The Clerk must reassign this

case at random by chip exchange.

So Ordered.

_D.P. Marshall Jr._
D.P. Marshall Jr.
United States District Judge

_29 December 2014_